UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                   Case No. 3:23-cr-11

vs.

ZANE ARNOLD,                           District Judge Michael J. Newman
                                               Magistrate Judge Peter B. Silvain, Jr.

    Defendant.

---

**ORDER: (1) GRANTING THE PARTIES' JOINT MOTION TO CHANGE PLEA (Doc. No. 18); AND (2) ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. No. 22)**

---

       This criminal case is before the Court on the report and recommendation of the United States Magistrate Judge, recommending that the Court: (1) grant the parties' joint motion to change plea (Doc. No. 18); and (2) accept Defendant Zane Arnold's guilty plea.  Doc. No. 22.  There being no objections, the Court **GRANTS** the parties' joint motion to change plea (Doc. No. 18) and **ADOPTS** the report and recommendation in full.  The Court accepts Defendant's plea of guilty to count 2 of the superseding indictment currently pending against him and finds him guilty as charged of being a felon in possession of a firearm, in violation of Title 18 U.S.C. §§ 922(g)(1) and 924(a)(8).  *See* Doc. No. 22.  The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

      **IT IS SO ORDERED.**

  January 24, 2024                                      s/Michael J. Newman
                                                        Hon. Michael J. Newman
                                                        United States District