UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

     Plaintiff,                             Case No. 3:23-cr-11

vs.

ZANE B. ARNOLD,                     District Judge Michael J. Newman

     Defendant.

---

**ORDER: (1) FINDING DEFENDANT GUILTY OF FOUR VIOLATIONS OF THE CONDITIONS OF HIS SUPERVISED RELEASE; (2) REVOKING DEFENDANT'S CURRENT TERM OF SUPERVISED RELEASE; (3) SENTENCING HIM TO A 90-DAY TERM OF IMPRISONMENT TO RUN CONCURRENTLY WITH HIS STATE TERM; AND (4) IMPOSING NO NEW TERM OF SUPERVISED RELEASE**

---

This criminal case is before the Court following Defendant's final revocation hearing on July 21, 2026.  During the hearing, AUSA Kelly Rossi appeared on behalf of the Government; attorney Charles Slicer appeared on behalf of Defendant.  Probation Officer Cameron Williams was also present.  Upon review of the charges, Defendant, through his counsel, admitted to a total of four violations of the conditions of his supervised release.  As a result, the Court found Defendant guilty of those four violations.  Pursuant to the record of the hearing, the Court **REVOKES** Defendant's supervised release and **SENTENCES** him to a 90-day term of imprisonment to run concurrently with his state term of imprisonment.  Further, the Court imposes no new term of supervised release.  Defendant's appellate rights—including the time within which to file an appeal, and the right to counsel on appeal—were explained to him at the conclusion of sentencing.

     **IT IS SO ORDERED.**

July 24, 2026                        s/*Michael J. Newman*
                                       Hon. Michael J. Newman
                                       United States District Judge